UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                  :
UNITED STATES OF AMERICA      :
                                  :   **[ORDER**
        - v. -                :
                                  :   19 Cr. 627 (VM)
DEVONTE PHILLIPS,              :
  a/k/a "Daedae,"               :
                                  :
        Defendant.          :
                                  :
---------------------------------- x

        WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on April 20, 2022;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:      New York, New York
             __May 2, 2022___

                                                _____
                                                      Victor Marrero
                                                       U.S.D.J.