**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------X
UNITED STATES OF AMERICA,       :
                                :       **19 CR 627 (VM)**
         -against-              :
                                :       <u>**ORDER**</u>
DEVONTE PHILLIPS,               :
                                :
              Defendant.        :
------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that a sentencing of the above-named defendant shall be set for Friday, July 29, 2022 at 1:00 PM.

**SO ORDERED:**

Dated: New York, New York
       04 May 2022

_Victor Marrero_
U.S.D.J.