**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,          :
                                   :        **19 CR 627 (VM)**
        -against-                  :
                                   :        **ORDER**
DEVONTE PHILLIPS,                  :
                                   :
            Defendant.             :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for July 29, 2022 shall be adjourned until August 19, 2022 at 11:00 AM.

**SO ORDERED:**

Dated: New York, New York
       14 June 2022

_____
Victor Marrero
U.S.D.J.