```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

          - against -

DEVONTE PHILLIPS,

                    Defendant.

**19 CR 0627 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a conference in this matter for Friday, April 28, 2023 at 1:30 PM.

**SO ORDERED.**

Dated:    19 April, 2023
             New York, New York

_____
Victor Marrero
U.S.D.J.