**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES,<br><br>          - against -<br><br>DEVONTE PHILLIPS,<br><br>                   Defendant. | **19-cr-0627 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO**, United States District Judge.

The Court hereby adjourns the conference set for Friday, April 28, 2023 at 1:30 PM until Friday, May 5, 2023 at 2:00 PM.

**SO ORDERED.**

Dated:    27 April, 2023
              New York, New York

_____
Victor Marrero
U.S.D.J.