```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                - against –

DEVONTE PHILLIPS,

                          Defendant.

**19-CR-0627 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a conference in this matter regarding defendant's alleged violation of supervised release for Friday, July 14, 2023, at 1:30 PM.

**SO ORDERED.**

Dated:    13 June 2023
                New York, New York

                                            Victor Marrero
                                           U.S.D.J.